*E-Filed: October 7, 2014*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANITA GONZALES, an individual, JOSE GONZALES, an individual, W.G., a minor by and through his guardian ad litem, MAITE ARCE,<br><br>    Plaintiffs,<br><br>    v.<br><br>PINE APARTMENTS, LLC, a California Corporation, and Does 1 through 10,<br><br>    Defendants | No. C14-01635 HRL<br><br>**ORDER GRANTING MOTION TO CONFIRM MINOR'S COMPROMISE** |

    The Petition of Plaintiffs Danita Gonzales, Jose Gonzales, and W.G., a minor by and through his guardian ad litem, Maite Arce, to Approve the Compromise of Claim of Minor W.G., was submitted to the court, such matter considered by the Honorable Howard R. Lloyd, Judge, presiding.

    After considering the Petition, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

1. The petition is granted and the compromise is approved. The minor plaintiff shall receive the following by way of settlement:

   $5,000 to minor plaintiff, William Gonzales

2. Within 72 hours of receipt of a check payable to the order of the Petitioner as trustee for the respective Claimant, Guardian Ad Litem Maite Arce must deposit the check for the minor child, William Gonzales, in a blocked account at a federally insured bank or credit union.

3. Guardian Ad Litem Maite Arce must deliver to the bank depository at the time of deposit a copy of this order.

4. The blocked accounts belong to the minor, William Gonzales. As to the minor, he is as follows:

   William Gonzales, date of birth October 25, 2000.

5. No withdrawals of principal or interest may be made from the blocked accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the respective minors attain the age of 18 years. When the respective minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat. The blocked accounts in this matter are to be opened solely for the benefit of minor plaintiffs in this case and such funds placed, therein, cannot be accessed by anybody other than the respective minor plaintiffs upon reaching the age of

majority. The parents/guardians ad litem shall have no right to access any of the funds in such blocked account for any reason.

6. Guardian Ad Litem Maite Arce are authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

7. Bond is waived.

IT IS SO ORDERED.

Dated: October 7, 2014

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

ORDER 3