**United States District Court**
For the Northern District of California

**\*E-Filed: October 7, 2014\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DANITA GONZALES, an individual, JOSE GONZALES, an individual, W.G., a minor by and through his guardian ad litem, MAITE ARCE,

        Plaintiffs,

    v.

PINE APARTMENTS, LLC, a California Corporation, and Does 1 through 10,

        Defendants.

_____ _____/

No. C14-01635 HRL

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **November 4, 2014, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **October 28, 2014**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

    **IT IS SO ORDERED**.

Dated: October 7, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1

**C14-01635 HRL Order will be electronically mailed to:**

2

Craig Phillip Fagan      cpfagan@faganlegal.com

3

Elizabeth Catherine Gianola      egianola@horanlegal.com, squiroz@horanlegal.com

4

James Joseph Cook      jcook@horanlegal.com, bkarim@horanlegal.com,
jkilpatrick@horanlegal.com

5

6

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28