*E-Filed: October 20, 2014*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANITA GONZALES, an individual, JOSE GONZALES, an individual, W.G., a minor by and through his guardian ad litem, MAITE ARCE,<br><br>    Plaintiffs,<br>  v.<br><br>PINE APARTMENTS, LLC, a California Corporation, and Does 1 through 10,<br><br>    Defendants. | No. C14-01635 HRL<br><br>**ORDER DISMISSING ACTION** |

After considering the Stipulation for Dismissal filed herein, IT IS HEREBY ORDERED THAT:

The complaint filed by Plaintiffs in this matter is hereby dismissed with prejudice as to all Defendants, with each party bearing their own costs, expenses, and attorney's fees.

**IT IS SO ORDERED**

Dated: October 20, 2014

Hon. Howard R. Lloyd
United States Magistrate Judge

ORDER                                                                                                          1